**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**


A&C ENTERTAINMENT, ET AL.,                                    PLAINTIFFS

V.                                          CIVIL ACTION NO. 3:01-cv-88WS

CITY OF JACKSON,                                              DEFENDANT


## ORDER

    Before the court are the motions of the plaintiffs for a temporary restraining order and injunctive relief **[docket no. 49]** and for a temporary restraining order **[docket no. 50].** This court hereby terminates docket no. 50 as moot and shall dispose of all the issues contained in both motions under docket no. 49.


    **SO ORDERED this the 30th day of September, 2006.**


        **s/ HENRY T. WINGATE**
_____
        **CHIEF UNITED STATES DISTRICT JUDGE**